

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-25-00111-CV

REBECCA PERSALL SANDERS, APPELLANT

V.

ROBERT REED SANDERS, JR., APPELLEE

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 96,898-E-FM, Honorable Douglas R. Woodburn, Presiding

August 20, 2025

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Rebecca Persall Sanders, proceeding pro se, appeals from the trial court's *Final Decree of Divorce*. Appellant's brief was due July 28, 2025, but was not filed. By letter of August 6, 2025, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by August 18. To date, Appellant has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss his appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam